**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re                                       )
MOORE HOLDINGS, LLC           )
                                         )    Case No. 25-20053
                                         )
               Debtor(s).            )    **AMENDMENT COVER SHEET**

**This form shall not be used to amend or modify plans.**

**I am amending the following documents:**

- [ ] Petition
- [ ] Creditor Matrix
- [ ] List of 20 Largest Unsecured Creditors
- [x] Schedules (check appropriate boxes).
  - [x] A/B   [ ] C   [ ] D   [ ] E/F   [x] G   [ ] H   [ ] I   [ ] J
- [x] Summary of Schedules of Assets and Liabilities
- [ ] Statement of Financial Affairs
- [ ] Statement of Intention
- [ ] List of Equity Security Holders

**A fee of $34 is required for:**

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

**NOTICE OF AMENDMENT TO AFFECTED PARTIES**

    I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: 2/27/2025         Attorney's or *Pro Se* Debtor's Signature:     /s/ Stephan M. Brown
                                                        Printed Name:

**DECLARATION BY DEBTOR**

    I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of __6__ pages, is true and correct.

Dated: 2/19/2025                                                Dated:

/s/ Mark Moore
Debtor's Signature                                                    Joint Debtor's Signature

**INSTRUCTIONS**

    Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

    If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To **add** creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file. Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted.

    *Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment. **Notice of the amendment will not be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any party affected by the amendment by serving the amendment and all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.

    Cashier's checks and money orders should be made payable to "Clerk, U.S. Bankruptcy Court." No personal checks accepted from non-attorneys. **No cash accepted.** Debit cards accepted in person at our three divisional offices.

EDC 2-015, Revised 12/23

**Fill in this information to identify the case:**

Debtor name: **Moore Holdings, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known): **2025-20053**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals　　　12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................... $ **3,500,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................. $ **38,403.75**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................... $ **3,538,403.75**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ **2,026,622.45**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................. $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ **0.00**

4. **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b　　　　$ **2,026,622.45**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Moore Holdings, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **2025-20053** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Checking** | **6877** | **$5,350.80** |

**4. Other cash equivalents** *(Identify all)*

**5. Total of Part 1.**    **$5,350.80**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

ADDED | 7.1. | **Security deposit held for suite 100.** | **$5,883.95**

ADDED | 7.2. | **Security deposit held for suite 102.** | **$2,057.00**

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 1

Debtor **Moore Holdings, LLC** Case number *(If known)* **2025-20053**
Name

ADDED

| | 7.3. | **Security deposit held for suite 260.** | **$2,625.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | 8.1. | **Held in trust account by TBG.** | **$7,487.00** |

9. **Total of Part 2.** $18,052.95
   Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4: Investments**

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| ADDED 39. | **Office furniture** **Office furniture, fixtures and maintenance supplies.** | **$0.00** | **N/A** | **$15,000.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and**

Official Form 206A/B       Schedule A/B Assets - Real and Personal Property       page 2

Debtor　**Moore Holdings, LLC**　　　　　　　　　　　　　Case number *(If known)*　**2025-20053**
　　　　　Name

　　　communication systems equipment and software

42.　**Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.　**Total of Part 7.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$15,000.00**
　　　Add lines 39 through 42.  Copy the total to line 86.

44.　**Is a depreciation schedule available for any of the property listed in Part 7?**
　　　■ No
　　　☐ Yes

45.　**Has any of the property listed in Part 7 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

　　■ No.  Go to Part 9.
　　☐ Yes Fill in the information below.

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

　　☐ No.  Go to Part 10.
　　■ Yes Fill in the information below.

55.　**Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.　**2151 Professional Drive, 2nd Floor, Roseville, CA  95661** | *NONE* | $0.00 | N/A | $3,500,000.00 |

56.　**Total of Part 9.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$3,500,000.00**
　　　Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
　　　Copy the total to line 88.

57.　**Is a depreciation schedule available for any of the property listed in Part 9?**
　　　■ No
　　　☐ Yes

58.　**Has any of the property listed in Part 9 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

Debtor **Moore Holdings, LLC**     Case number *(If known)* **2025-20053**
       Name

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11:     All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Moore Holdings, LLC**     Case number *(If known)* **2025-20053**
    Name

| Part 12: | **Summary** |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,350.80 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $18,052.95 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................>* | | $3,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $38,403.75 | + 91b.    $3,500,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,538,403.75 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Moore Holdings, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **2025-20053** |

● Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| | **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| ADDED 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
| | State the term remaining | **1 year 6 months** | **Marina Gunst, Anita Cooper-Marquez & Melissa Freitas**<br>**c/o Remax Commercial NorCal Gold**<br>**2998 Douglas Blvd., Suite 125**<br>**Roseville, CA 95661** |
| | List the contract number of any government contract | | |
| ADDED 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
| | State the term remaining | **4 years 9 months** | **Sehatu, Inc.**<br>**c/o ROME Real Estate Group**<br>**Attn: Dave Carlsen**<br>**101 Parkshore Drive, Suite 100**<br>**Folsom, CA 95630** |
| | List the contract number of any government contract | | |
| ADDED 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
| | State the term remaining | **8 months** | **The Logan Group**<br>**c/o Remax Commercial NorCal Gold**<br>**2998 Doulgas Blvd., Suite 125**<br>**Roseville, CA 95661** |
| | List the contract number of any government contract | | |