**3**
Stephan M. Brown (SBN: 300563)
Muhammed Yakup Altun (SBN: 355410)
The Bankruptcy Group, P.C.
2408 Professional Drive
Roseville, CA 95661
800-920-5351
916-242-8588 (fax)
ECF@thebklawoffice.com

Proposed Attorneys for Debtor in Possession
Moore Holdings, LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Chapter 11 Case No. 25-20053 |
| MOORE HOLDINGS, LLC, | DCN: UST-1 |
|     Debtor in Possession. | **DECLARATION OF MARK MOORE IN SUPPORT OF DEBTOR IN POSSESSION'S SURREPLY TO MOTION OF THE UNITED STATES TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(B) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(F) AND 9014, TO CONVERT OR DISMISS CHAPTER 11 CASE** |
| | Date: March 27, 2025<br>Time: 10:30 AM<br>Dept: E, Courtroom 33, 6th Floor |
| | Hon. Judge Ronald H. Sargis |

<u>**DECLARATION OF MARK MOORE IN SUPPORT OF DEBTOR IN POSSESSION'S SURREPLY TO MOTION OF THE UNITED STATES TRUSTEE, PURSUANT TO 11 U.S.C. § 1112(B) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 1017(F) AND 9014, TO CONVERT OR DISMISS CHAPTER 11 CASE**</u>

I, Mark Moore, declare as follows:

1.      I am over eighteen years of age, and am the 26% partner of Moore Holdings, LLC., the debtor in possession ("Debtor") for this Chapter 11 bankruptcy case.

2. Based on my role as a partner for Debtor, I have personal knowledge of each of the facts set forth in this declaration and, if called to testify as a witness, I could and would competently do so.

3. Immediately upon becoming aware of the insurance coverage deficiency identified by the United States Trustee ("UST"), Debtor proactively sought and successfully obtained comprehensive insurance coverage covering both property and liability through an independent carrier. On March 13, 2025, Debtor promptly provided initial proof of insurance to the UST.

4. As of today, Debtor obtained the Certificate of Insurance from the insurance carrier and provided to the UST. This certificate includes the policy number, policy period, and all other details required by the UST. Exhibit B.

5. Debtor is actively pursuing receipt of the complete policy documentation, including policy binder from the carrier, which Debtor will immediately provide to the Court and the UST upon its receipt. This will conclusively resolve any remaining concerns regarding insurance coverage compliance.

6. Any delays experienced by the Debtor in obtaining insurance documentation were inadvertent and solely attributable to external factors in the insurance market, not from neglect or intentional noncompliance by the Debtor.

7. Debtor's expenditures alleged to constitute unauthorized cash collateral usage by Poppy Bank were minimal, reasonable, and necessary expenses directly related to maintaining the Debtor's business.

8. To proactively cure any alleged unauthorized expenditures and improve the Debtor's cash position, Debtor successfully negotiated and finalized a repayment arrangement with InnerScope Hearing Technologies, a tenant with substantial rent arrears exceeding $500,000. Under this repayment plan, Debtor has already received an initial payment of $5,000 on March 25, 2025, and expects regular monthly payments going forward. Exhibit C.

9. Additionally, Debtor successfully executed a lease with a new tenant since the UST's filing of the motion, thereby increasing Debtor's monthly rental income by approximately $2,199.65. Exhibit D.

10. Furthermore, if necessary, Debtor is prepared to make a loan agreement for additional funds from its principals to rectify any residual unauthorized expenditures and ensure full compliance with all bankruptcy rules and orders.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of March 2025, at Roseville, California.

*/s/ Mark Moore*
Mark Moore
Managing Member for Moore Holdings, LLC
the Debtor in Possession

DECLARATION OF MARK MOORE IN SUPPORT OF SURREPLY